Stuart M. Price, SBN 150439
stuart@pricelawgroup.com
L. Tegan Hurst, SBN 275830
tegan@pricelawgroup.com
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 800
Encino, CA 91436
Tel: 818.995.4540| Fax: 818.380.7626

Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Jamelia Antoinette Robinson,<br><br>     Debtor, | BK Case No: 17-90400-D-13G<br><br>Adv No.: 17-09005 |
| Jamelia Antoinette Robinson,<br><br>     Plaintiff,<br><br>v.<br><br>Pacific Motors,<br><br>     Defendant. | **PROOF OF SERVICE** |

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1204 E. Baseline Rd., Suite 102, Tempe, AZ 85283

I served the below listed documents via U.S. Mail on June 9, 2017, by causing a tru copy thereof to be placed in a sealed envelope wth postage thereon fully prepaid in the designated area for outgoing mail, addressed as follows:

  By U.S. Mail to:  PACIFIC MOTORS
            302 N. 9th Street
            Modesto, CA 95350

-1-

DOCUMENTS SERVED:

| Docket | Title |
|---|---|
| 1 | Complaint |
| 2 | Adversary cover sheet |
| 3 | Summons |
| 4 | Notice of Availability |
| 5 | Order to confer on initial disclosures and setting deadlines |

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 12th day of June, 2017.

_____
Florence Lirato